FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

### COMPLAINT

Rolison #8845 Clark Co. Jail MDOC # 233430
(Last Name)    (Identification Number)

Dean                Erby
(First Name)        (Middle Name)

Clark County Jail
(Institution)

444 West Donald St. Quitman, MS 39355
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
AUG - 2 2021
ARTHUR JOHNSTON
BY_____ DEPUTY

V.    CIVIL ACTION NUMBER: 2:21-cv-104-HSO-JCG
(to be completed by the Court)

Clark County Sheriffs Office
444 west Donald St Quitman MS

Arresting Officer
Sheriff Todd Kemp

(Enter the full name of the defendant(s) in this action)

### GENERAL INFORMATION

A.  At the time of the incident complained of in this complaint, were you incarcerated?
    Yes ( )    No (X)

B.  Are you presently incarcerated?
    Yes (X)    No ( )

C.  At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
    Yes ( )    No (X)

D.  Are you presently incarcerated for a parole or probation violation?
    Yes ( )    No (X)

E.  At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
    Yes ( )    No (X)

F.  Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
    Yes (X)    No ( )

Page 1 of 4

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Dean E Rolison    Prisoner Number: 8805

Address: 444 West Donald St Quitman, MS. 39355

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Todd Kemp     is employed as Sheriff

at Clark County MS

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Dean Rolison

ADDRESS: 444 West Donald St Quitman MS. 39355
Going To Rankin Co. Soon

DEFENDANT(S):

NAME: Todd Kemp

ADDRESS: 444 West Donald St Quitman MS. 39355

Arresting Officer CAnt get nAme    444 West Donald ST Quitman 39355

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States?   Yes ( )   No (✓)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
1. Parties to the action: _____

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

CASE NUMBER 2.
1. Parties to the action: _____

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

I was walking down CR 350 with Taurus G3 9mm pistol on my side Clark Co. Sheriff's Officers (3 of them) came at me guns drawn. I ask probable cause / said you were laying in ditch I said no I wasn't. The other said you have a warrant, I said no I don't. Then they took my G3. And arrested me for public drunk, I wasn't drunk. When I was in booking the officer said I was getting my gun back when I got out.

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes. Money damages and public retraction

Signed this 16 day of July, 2021.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dean E Robinson
Signature of plaintiff

I didn't Get my Gun back when I got out. I went To Court and there was no Ticket There For Public Drunk. I Don't know Name of officer who had It. nor can I get Information About Date of Arrest or anything About Case. They Gave my Gun To Adam Mathis who I bought It from And had Told them when I bought It from at Arrest. Basiclly They had no reason To Arrest me Take my Gun And Give It To Someone Else.

1. No probable Cause
2. No Due Process
3. Took 2nd Amedment right Away.
4. I have Sent Letter To Chancery Court To get Information No response. Also Asked Jail Administrator Barry White who Is Also Chief Deputy For C.C.S.O. For Info he Said worry About It Later. And That I was worrysome And did I Know What A Jacket was when I went To Prison. A threat I Guess,

The Arrest happend In 2020 October or november. They Are Trying To hide It.
↓ over

I Did Two Days In Jail For this and was Told 3 Times I was getting my Gun Back. I am not Sure If y'all can help me? I have a State Policeman who can verify I owned Gun. If y'all can't help me please direct me Too Some one who can. This County Thinks Its Above The Law

Thanks Sincerely

Don Roles

MDOC # 237430